# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 06, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 17-30610    USA v. Jasmine Perry, et al
                           USDC No. 2:15-CR-154-4

The court has granted the motion of United States of America to view and obtain non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for United States of America may obtain all ex parte documents *filed on behalf of* United States of America, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. Kevin G. Boitmann
Mr. Graham Leaming Bosworth
Ms. Diane Hollenshead Copes
Mr. Arthur A. Lemann III
Mr. Arthur Anthony Lemann IV
Ms. Amy Lee McIntire
Ms. Carol L. Michel
Ms. Sarah Lynn Ottinger
Mr. Mark David Plaisance
Mr. Leroy Price
Mr. Myles Drew Ranier
Mr. Michael Gilbert Raspanti
Ms. Nisha Sandhu
Mr. Stephen H. Shapiro
Mr. William Sothern
Ms. Autumn Alycia Town